MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 OCT 26 P 1: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR11 00791 DLJ |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 21 U.S.C. §§ 331(d) and 333(a)(2)--Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead |
| v. | ) | |
| ANABOLIC RESOURCES, d/b/a ANABOLIC XTREME, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (21 U.S.C. §§ 331(d) and 333(a)(2) – Introduction/Delivery for Introduction Of Unapproved Drugs With Intent to Defraud and Mislead.

Beginning in approximately April of 2005, and continuing through January of 2006, in Santa Clara County, in the Northern District of California, and elsewhere, the defendant

ANABOLIC RESOURCES,

d/b/a ANABOLIC XTREME,

//
//

[INFORMATION]

with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce new drugs, as defined at Title 21, United States Code, Section 321(p), which had not been approved by the Food and Drug Administration as required by Title 21, United States Code, Section 355, that is, "Anabolic Resources Superdrol."

In violation of Title 21, United States Code, Sections 331(d) and 333(a)(2).

DATED: 10/14/11

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____)
MATTHEW A. PARRELLA
Assistant United States Attorney

[INFORMATION]                           2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

21 USC 331(d) & 333(a)(2) - Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
3 Years Custody; $10,000 fine; 1 year supervised release; special assessment $100.

*SEALED BY ORDER OF THE COURT*

### DEFENDANT - U.S.

ANABOLIC RESOURCES d/b/a ANABOLIC XTREME

**DISTRICT COURT NUMBER**

CR 11 00791 DLJ

*FILED E-filing*
*2011 OCT 26 P 1:24*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NO. DIST. SAN JOSE*

### PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FDA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____
MAGISTRATE CASE NO. _____

**Name and Office of Person Furnishing Information on THIS FORM**: MELINDA HAAG
☑ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**: MATTHEW A. PARRELLA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: November 10, 2011 @ 9:30am
Before Judge: Judge Howard R. Lloyd

Comments: